```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          ORLANDO DIVISION
```

**DOUGLAS FARRELL,**

      **Plaintiff,**

**v.**                                              **Case No.: 6:15-cv-01613-GAP-TBS**

**NATIONSTAR MORTGAGE, LLC,**

      **Defendant.**

_____/

<u>**MEDIATION REPORT**</u>

In accordance with the Court's mediation order, a mediation conference was held on December 7, 2016. Plaintiff and his trial counsel, and Defendant's corporate representative and trial counsel attended and participated. Each representative possessed the requisite settlement authority.

<u>The case has been completely settled.</u>

Done December 7, 2016 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.
                                        Florida Bar No. 237851
                                        Mediator
                                        3001 West Azeele Street
                                        Tampa, Florida 33609
                                        813.874.1002    Fax: 813.874.1131
                                        email: peter@grillimediation.com

I HEREBY CERTIFY that December 7, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.