UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS FARRELL,

    Plaintiff,

-vs-                                                CASE NO.:  6:15-CV-01613-ORL-31TBS

NATIONSTAR MORTGAGE, LLC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Douglas Farrell, and the Defendant, Nationstar Mortgage LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 20th day of February, 2017.

| | |
|---|---|
| s/*Octavio Gomez* | s/*Sara F. Holladay-Tobias* |
| Octavio Gomez, Esquire | Sara F. Holladay-Tobias, Esquire |
| Florida Bar #: 0338620 | Florida Bar#: 0026225 |
| Morgan & Morgan, Tampa, P.A. | McGuire Woods LLP |
| One Tampa City Center | 50 N. Laura Street, Ste. 3300 |
| Tampa, FL 33602 | Jacksonville, FL 32202 |
| Tele: (813) 223-5505 | Tele: (904) 798-3200 |
| Fax: (813) 223-5402 | Fax: (904) 798-3207 |
| tgomez@forthepeople.com | sfhollad@mcguirewoods.com |
| Attorney for Plaintiff | Attorney for Defendant |